UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

JS-6

| | |
|---|---|
| Case No. **CV 23-557-DMG (PVC)** | Date April 21, 2023 |
| Title *Travis Arnold, et al., v. Ms. M. Rios, et al.* | Page 1 of 2 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  [IN CHAMBERS] ORDER DISMISSING ACTION WITHOUT PREJUDICE**

On January 23, 2023, Plaintiff Travis Arnold, who is *pro se*, instituted this action by filing a civil rights complaint.  He did not pay the $402 filing fee or request to proceed *in forma pauperis* ("IFP").  Accordingly, the Clerk issued a notice directing Plaintiff to either pay the fee or request to proceed IFP within 30 days of January 24, 2023.  [Doc. # 2.]  The Clerk attached the Court's IFP form for an incarcerated person to the notice.  *Id.*

After Plaintiff failed to timely respond to the Clerk's notice, this Court issued an order on March 6, 2023 giving Plaintiff a second opportunity to pay the filing fee or to request to proceed IFP.  The Court gave Plaintiff until April 5, 2023 and warned him that failure to comply with the Order would result in dismissal of this action without prejudice.  [Doc. # 4.]  To date, Plaintiff has not complied with the Court's Order and has taken no further action in his case.

Five factors apply when considering whether to dismiss an action for failure to prosecute or comply with a Court order:  "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits and (5) the availability of less drastic sanctions."  *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986).  These factors all weigh in favor of dismissal here.  First, Plaintiff's failure to comply with the Clerk's notice and the Court's directions in the March 6 Order indicates that the first two factors favor dismissal because Plaintiff does not intend to or cannot litigate this action diligently or comply with the Court's instructions.  Dismissal at this stage will not prejudice the defendants.  It does not appear that maintaining this action will result in a disposition on the merits, in light of Plaintiff's lack of prosecution.  Finally, the Court has already attempted less drastic sanctions by issuing the March 6 Order.

| | | |
|---|---|---|
| | UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>CIVIL MINUTES—GENERAL | JS-6 |

| Case No. | **CV 23-557-DMG (PVC)** | Date | April 21, 2023 |
|---|---|---|---|
| Title | ***Travis Arnold, et al., v. Ms. M. Rios, et al.*** | Page | 2 of 2 |

    The Court therefore **DISMISSES** this matter without prejudice for failure to prosecute and to comply with a court order. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED**.